# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Civil Action No. |
| RYAN O'NEAL JOSEPH, | : 5:93-CR-22 (HL) |
| | : |
| Defendant. | : |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 295), which recommends dismissing Defendant's "Verified Notice Requesting Dismissal of Above Related Cause for Lack of Subject-Matter Jurisdiction Pursuant to Federal Rules of Civil Procedure Rule 60(b)(4)" (Doc. 291). Defendant has filed two Objections (Docs. 302 & 303). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Defendant's Objections and has made a de novo determination of the portion of the R&R to which Defendant objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 21st day of August, 2008

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc