**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | |
| | : | **Criminal Action No.** |
| **RYAN O'NEAL JOSEPH,** | : | **5:93-CR-22 (HL)** |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

## ORDER

Defendant Ryan O'Neal Joseph has filed a rambling, frivolous Motion at Doc. 308. The "Motion" is styled as an "Amended Complaint/Petition Pursuant to FRCP Rule 15(a)(c) and Non-Negotiable Compulsory Counterclaim Pursuant to 28 U.S.C. Rule 13(a)." In the Motion, Joseph makes the absurd argument that the United States of America and this Court do not have jurisdiction over him because he is a "sovereign citizen." This Motion is just one of numerous frivolous filings that Joseph and his Co-Defendants have submitted to the Court since their 1994 convictions for, among other things, bank robbery and kidnapping. Joseph's "Motion" is frivolous and is therefore denied. **If Defendant Ryan Joseph submits any more frivolous motions to the Court, he will be sanctioned.**

**SO ORDERED**, this the 4th day of May, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc