IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal Action No. |
| RYAN O'NEAL JOSEPH, | : 5:93-CR-22 (HL) |
| Defendant. | : |

## ORDER

Defendant Ryan O'Neal Joseph was convicted in 1994 of various charges arising out of a bank robbery. During his incarceration, Joseph has filed numerous frivolous pleadings with this Court in an attempt to persuade the Court he is being unlawfully incarcerated. As of late, his primary theory has been that the United States does not have jurisdiction over him because he is a sovereign citizen, whatever that means.

On May 4, 2009, this Court entered an Order (Doc. 334) denying one of Joseph's frivolous filings and informing him that he would be sanctioned if he submitted any more frivolous pleadings. On June 9, 2009, Joseph filed yet another frivolous Motion (Doc. 339) in which he contends that the United States is without jurisdiction over him. Included in his filing is a copy of the Court's May 4th Order. Clearly, prior to filing the instant frivolous Motion, Joseph was aware of the Court's

1

admonition that further frivolous filings would result in sanctions. Joseph has apparently decided to disregard that admonition.

Joseph's most recent Motion (Doc. 339) is denied and he is sanctioned in the amount of $500 for filing a frivolous Motion. The Warden of the institution wherein Defendant Ryan Joseph is incarcerated shall each month cause to be remitted to the Clerk of this Court twenty percent (20%) of the preceding month's income credited to Joseph's account at said institution until the $500 fine has been paid in full. Joseph's custodian is hereby authorized to forward payments from the prisoner's account to the Clerk of Court each month until the filing fee is paid in full, provided the amount in the account exceeds $10.00.

IT IS FURTHER ORDERED AND DIRECTED that collection of monthly payments from Joseph's trust fund account shall continue until the entire $500 fine has been collected.

**SO ORDERED**, this the 9th day of June, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc

2