# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| v. | : | **Criminal Action No.** |
| | : | **5:93-CR-22 (HL)** |
| RYON O'NEAL JOSEPH, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER

Before the Court is Defendant Ryon O'Neal Joseph's Motion to Vacate Judgment for Failure to Provide Notice and Due Process of Law (Doc. 341).  The Court construes Joseph's motion to be a motion for reconsideration of the Court's June 6, 2009 order (Doc. 340), in which the Court sanctioned Joseph in the amount of $500 for filing a frivolous motion.  Joseph's motion for reconsideration is denied.

Joseph has filed multiple frivolous pleadings with the Court since he was convicted in 1994 of charges arising out of a bank robbery.  On May 4, 2009, the Court entered an order (Doc. 334) denying one of Joseph's frivolous motions and informing him that he would be sanctioned if he submitted any more frivolous motions.  On June 9, 2009, Joseph filed yet another frivolous motion (Doc. 339).  Included within his motion was a copy of the Court's order admonishing him that further frivolous filings would result in sanctions.  After concluding that Joseph was aware of and disregarded the Court's admonition,  the Court sanctioned Joseph

$500 (Doc. 340).

To the extent that Joseph's motion for reconsideration can be understood, he argues that the June 6, 2009 order denied him due process because he had no opportunity to respond to the order.  The Court finds to the contrary.  A motion for reconsideration provide a means for litigants to contest the correctness of a  court's order.  Thus, Joseph, through filing a motion for reconsideration, has responded to the Court's order sanctioning him $500.

His motion for reconsideration is denied. He has not provided the Court with any reason to alter its conclusion that a $500 sanction was warranted.[1]

**SO ORDERED**, this the 4th day of March, 2010.

> *s/ Hugh Lawson*
> **HUGH LAWSON, SENIOR JUDGE**

lmc

---

[1]Joseph has not questioned the authority of the Court to issue sanctions. Further, Joseph has presented no evidence that would show sanctions were improper.  For example, he has not argued that he did not receive the May 4, 2009 order warning him that sanctions would be imposed upon him if he filed an additional frivolous motion.  He also has not argued that he did not file the June 9, 2009 frivolous motion that induced the Court to impose sanctions.